United States District Court
Southern District of Texas

**ENTERED**

May 12, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCIAL SANDOVAL | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 4:26-cv-00415 |
| | § | |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has considered Defendants' Unopposed Motion for Extension of Time to File an Answer or Other Responsive Pleading to Plaintiffs' Complaint and finds that it should be GRANTED.

It is ordered that Defendants have until June 5, 2026, to file an answer to Plaintiffs' Complaint for Application to Register Permanent Residence or to Adjust Status.

It is further ordered that the initial pretrial and scheduling conference is reset to June 10, 2026, at 10:30 AM.

It is so ORDERED.

Signed on May 11, 2026, at Houston, Texas.

_____
CHARLES R. ESKRIDGE III
UNITED STATES DISTRICT JUDGE