United States District Court
Southern District of Texas
**ENTERED**
July 14, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARCIAL SANDOVAL | § § § § | |
| *Plaintiff,* | § § § § | Case No. 4:26-cv-00415 |
| v. | § § | |
| KRISTI NOEM, Secretary of the Department of Homeland Security; KIKA SCOTT, Acting Director of the U.S. Citizenship and Immigration Services; WALLACE CARROLL, Houston Field Office Director of the U.S. Citizenship and Immigration Services | § § § § § § § | |
| *Defendants.* | § § | |

## ORDER

The Plaintiff's request for voluntary dismissal is hereby GRANTED.

Signed on _____ July 14 _____, 2026.

_____
The Hon. Charles Eskridge
U.S. District Court Judge

1